JJD:JLG
F. #2020R01101

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV -4 2021 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

– against –

JERAMYA SLOAN,
 also known as "JuJu,"

Defendant.

- - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. **CR 21 559**
(T. 18, U.S.C., §§ 922(a)(1)(A),
924(a)(1)(D), 924(d)(1) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

**HURLEY, J.**

**SHIELDS, M.J.**

THE GRAND JURY CHARGES:

FIREARMS TRAFFICKING

1. In or about and between December 2019 and January 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JERAMYA SLOAN, also known as "JuJu," not being a licensed importer, licensed manufacturer or licensed dealer in firearms, did knowingly and willfully engage in the business of dealing in firearms, to wit: (1) a .45 caliber Ruger P97DC semi-automatic pistol; (2) a .22 caliber High Standard MFG Corp revolver; (3) a .22 caliber Smith & Wesson M&P semi-automatic pistol; (4) a .40 caliber Smith & Wesson SW40VE semi-automatic pistol, with an obliterated serial number; (5) a 9-millimeter Polymer80 type semi-automatic pistol, bearing no make, model or serial number (also known as a "ghost gun"); (6) a 9-millimeter FMK G2 semi-automatic pistol; (7) a .45 caliber Polymer80 type semi-automatic

2

pistol "ghost gun," with a loaded magazine; and (8) a 9-millimeter Polymer80 type semi-automatic pistol "ghost gun."

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearms or ammunition involved in or used in any knowing violations of Title 18, United States Code, Section 922 or Section 924, including but not limited to:

      (a)    one .45 caliber Ruger P97DC semi-automatic pistol;

      (b)    one .22 caliber High Standard MFG Corp revolver;

      (c)    one .22 caliber Smith & Wesson M&P 22 semi-automatic pistol;

      (d)    one .40 caliber Smith & Wesson SW40VE semi-automatic pistol, with an obliterated serial number;

      (e)    one 9-millimeter Polymer80 type semi-automatic pistol "ghost gun";

      (f)    one 9-millimeter FMK G2 semi-automatic pistol;

      (g)    one .45 caliber Polymer80 type semi-automatic pistol "ghost gun," with a loaded magazine; and

3

      (h)      one 9-millimeter Polymer80 type semi-automatic pistol "ghost gun."

      3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      (a)      cannot be located upon the exercise of due diligence;

      (b)      has been transferred or sold to, or deposited with, a third party;

      (c)      has been placed beyond the jurisdiction of the court;

      (d)      has been substantially diminished in value; or

      (e)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

      (Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2020R01101

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JERAMYA SLOAN, also known as "JuJu,"

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(a)(1)(A), 924(a)(1)(D), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
*Clerk*

*Bail, $* _____

*Justina L. Geraci, Assistant U.S. Attorney (631) 715-7835*